**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jose Rene CARDONA–BLANCO,**
**Defendant–Appellant.**

**No. 06–41615**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jose Rene Cardona–Blanco (Cardona) seeks to preserve for further review his contention that his sentence is unreasonable because this court's post-*Booker* ** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker.* Cardona concedes that his argument is foreclosed by *United States v. Mares,* 402 F.3d 511 (5th Cir. 2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. In light of *Rita v. United States,* —— U.S. ——, ——, 127 S.Ct. 2456, 2462–68, 168 L.Ed.2d 203 (2007), the issue remains foreclosed. Cardona also raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affir-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).